IN HE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No: 2:09-CR-00006-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| MAURICE ANTON BRIGHT, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Defendant for a copy of the docket sheet in this matter. [DE-68]. Defendant indicates he does not have the ability to pay the copy costs. *Id.* As a one-time courtesy, Defendant's request is ALLOWED and the Clerk of Court is DIRECTED to mail Defendant a copy of the court's docket sheet in this matter.

SO ORDERED, this 25 day of March 2016.

Robert B. Jones, Jr.
United States Magistrate Judge